NUMBER13-06-017-CV



COURT OF APPEALS



THIRTEENTH DISTRICT OF TEXAS



CORPUS CHRISTI - EDINBURG


__________________________________________________________________


LYNN C. ALLISON, Appellant,


v.



DOUGLAS A. ALLISON, Appellee.

__________________________________________________________________


On appeal from the 105th District Court


of Nueces County, Texas.


__________________________________________________________________


MEMORANDUM OPINION



Before Justices Yañez, Rodriguez, and Garza


Memorandum Opinion Per Curiam



 Appellant, LYNN C. ALLISON, perfected an appeal from a judgment entered by
the 105th District Court of Nueces County, Texas, in cause number 03-3302-D. The
clerk's record was filed on April 3, 2006. The reporter's record was filed on February
7, 2006. Appellant's brief was due on September 1, 2006. To date, no appellate
brief has been received.

 When the appellant has failed to file a brief in the time prescribed, the Court
may dismiss the appeal for want of prosecution, unless the appellant reasonably
explains the failure and the appellee is not significantly injured by the appellant's failure
to timely file a brief. Tex. R. App. P. 38.8(a)(1).

 On September 14, 2006, notice was given to all parties that this appeal was
subject to dismissal pursuant to Tex. R. App. P. 38.8(a)(1). Appellant was given ten
days to explain why the cause should not be dismissed for failure to file a brief. To
date, no response has been received.

 The Court, having examined and fully considered the documents on file,
appellant's failure to file a proper appellate brief, this Court's notice, and appellant's
failure to respond, is of the opinion that the appeal should be dismissed for want of
prosecution. The appeal is hereby DISMISSED FOR WANT OF PROSECUTION.

 PER CURIAM

Memorandum Opinion delivered and filed

this the 2nd day of November, 2006.